IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOHN H. MAGEE                                                                                    PLAINTIFF

VS.                                                                                   NO. 5:20-cv-147-DCB-MTP

NATIONSTAR MORTGAGE LLC
d/b/a MR. COOPER                                                                              DEFENDANT

## AMENDED COMPLAINT FOR MORTGAGE NEGLIGENCE

### Jury Trial Demanded

COMES NOW the plaintiff, John H. Magee, by and through his attorney, and files this his amended complaint against NationStar Mortgage, LLC, d/b/a Mr. Cooper, and for cause of action would show unto the court the following:

1.      John H. Magee is an adult resident citizen of Pike County residing at 1096 Magee Circle, Magnolia, Mississippi 39652.

2.      NationStar Mortgage, LLC, is a corporation organized and existing under the laws of the United States of America and qualified to do business in the State of Mississippi, having its primary business address of 8950 Cypress Waters Boulevard, Coppell, Texas 75019. Defendant is referred to hereinafter as "Mr. Cooper". Process may be served upon defendant through its attorney of record.

3.      On or about May 7, 2019, Mr. Cooper filed a complaint for judicial foreclosure against Mr. Magee, alleging that he died on October 18, 2009, and that his estate was probated in Walthall County Chancery Court. The order closing the estate determined that Linda G. Magee, widow of John Henry Magee, was his sole beneficiary. The plaintiff, John H. Magee has neither been acquainted with or married to Linda G. Magee.

4. The complaint also alleged that Linda G. Magee was an adult resident citizen of Pike County and that she could be served at 1096 Magee Circle, Magnolia, Mississippi 39652. No person named Linda G. Magee ever resided at said address. The property description was for a one acre parcel located at 1096 Magee Circle in Magnolia and referenced a manufactured home that was affixed to the real property which the foreclosure should include. The foreclosure petition also described the note and various deeds of trust that were ultimately assigned to Mr. Cooper. A copy of the complaint is attached to the original complaint as Exhibit "A" and incorporated herein by reference.

5. Exhibit "A" alleged that Mr. Magee was in default for failure to pay the stated indebtedness that had a current balance of $63,583.63.

6. The foreclosure petition also stated that Mr. Cooper was entitled to judicial foreclosure for the satisfaction of the past due indebtedness, together with interest, sales expenses, attorney fees, etc.

7. Summons was issued for Linda G. Magee for 1096 Magee Circle, Magnolia, Mississippi. The sheriff's return indicated that the deputy was unable to serve it because the attempted service was to a "burnt house". A copy of the return is attached to the original complaint as Exhibit "B" and incorporated herein by reference.

8. In August, 2019, Mr. Cooper published the notice of foreclosure sale in the local newspaper to the attention of John H. Magee, Deceased, and Linda G. Magee.

9. On November 4, 2019, Hon. Cynthia Cohly, attorney for Mr. Cooper, entered a default judgment against John H. Magee, Deceased, and Linda G. Magee, signed by Chancery Court Judge Wayne Smith, for a special commissioner to judicially foreclose on the subject property.

10. All the while, Mr. Cooper knew, or should have known, that it was paid in full by Mississippi Farm Bureau Casualty Insurance Company on or shortly June 11, 2019. A copy of the check made payable to John H. Magee and Mr. Cooper is attached to the original complaint as Exhibit "C" and is incorporated herein by reference. Farm Bureau had insurance coverage on the subject home that burned and was deemed a total loss.

11. Mr. Magee attempted to contact the attorneys for Mr. Cooper in order to stop the foreclosure of his property, which was and still is a vacant lot. Although he thought the process was stopped, Mr. Cooper continues to attempt to foreclose on the subject property and assess Mr. Magee with a past due balance that he does not rightfully owe. Mr. Cooper has continued to harass Mr. Magee for payment and recently sent a realtor to the property to take photographs of the home that burned.

12. The wrongful actions of Mr. Cooper have resulted in extreme mental and emotional distress to Mr. Magee, as well as damaging his credit; yet Mr. Cooper continues to pursue efforts of taking his land.

13. The aforementioned actions of Mr. Cooper, its employees and/or agents, resulted in the defendant being guilty of negligent infliction of emotional distress, wrongful attempted foreclosure, fraudulent, libelous, and grossly negligent.

14. Plaintiff is entitled to judgment in a sum sufficient to fully compensate him for all damages resulting from the wrongful actions and conduct of the defendant. Those actions were willful and wanton and done in total disregard of the rights to the plaintiff, giving rise to punitive damages.

WHEREFORE, PREMISES CONSIDERED, John H. Magee demands judgment of and against NationStar Mortgage, LLC, for compensatory damages in the amount of $150,000.00 plus punitive damages of $5 million, attorney's fees and all costs of this proceeding.

Respectfully submitted:

JOHN H. MAGEE, Plaintiff

/s/   Todd B. Ott
TODD B. OTT, One of his Attorneys

John H. Ott, MB 3950
Todd B. Ott, MB 99953
Ott Law Firm
P.O. Box 1684
McComb, Mississippi 39649
(601)684-6155
ottesq@bellsouth.net; ottlaw1@bellsouth.net; toddbott@bellsouth.net

CERTIFICATE

I, the undersigned attorney for John H. Magee, plaintiff, hereby certify that the foregoing Amended Complaint was electronically filed with the clerk of this court and by the same means a copy was furnished to counsel for the defendant:

Kye C. Handy, Esq.
khandy@balch.com
Donald Alan Windham, Jr., Esq.
awindham@balch.com
Balch & Bingham LLP
199 East Capitol St., Suite 1400
Jackson, Mississippi 39201

DATED:   February 5, 2021.

/s/   Todd B. Ott
TODD B. OTT