IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


JOHN H. MAGEE                                                    PLAINTIFF


VS.                                        CIVIL ACTION NO.:  5:20-CV-147-DCB-MTP


NATIONSTAR MORTGAGE LLC                                          DEFENDANT
d/b/a MR. COOPER


ORDER OF DISMISSAL


The parties having agreed to and announced to the Court a settlement of this case, and the Court

being advised that all parties have an informed understanding of their rights and a full appreciation of the

consequences of the settlement, and the Court being desirous that this matter be finally closed on its

docket.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all

parties.   If any party fails to comply with the terms of this settlement agreed to by all parties, any

aggrieved party may move to reopen the case for enforcement of the settlement agreement, and if

successful, all additional attorneys' fees and costs from this date shall be awarded to such aggrieved party or

parties against the party failing to comply with the agreement.   The Court specifically retains jurisdiction

to enforce the settlement agreement.

SO ORDERED, this the   2nd   day of February, 2022.


s/David Bramlette
UNITED STATES DISTRICT JUDGE